NOTICE TO COUNSEL:

    To enable the judges of this court to evaluate possible disqualification or recusal, counsel for any private (non-governmental) business, company, or corporation shall submit at the time of its first appearance, pleading, petition, motion, or response this statement of corporate affiliations, financial interest, and citizenship.

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

                                        CASE NO.:    25-cv-686

    Plaintiff,

v.

TCC WIRELESS LLC

    and

XYZ Insurance Company,

    Defendants.

## DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP

I, the undersigned counsel of record for **Briuna Harper**, make the following disclosure:

1. Is the named party a subsidiary or affiliate of a publicly owned corporation?

    YES ☐  NO ■

    If the answer is YES, list below and identify the parent corporation or affiliate and the relationship between it and the named party:

    _____

2. Does any other publicly owned corporation own 10% or more of the named party's stock or have another type of financial interest in the outcome of the litigation?

    YES ☐  NO ■

    If the answer is YES, list the identity of such corporations and the nature of the financial interest in the named party:

    _____
    _____

3. Is jurisdiction in this action based on diversity under 28 U.S.C. § 1332(a)?

   YES ■ NO ☐

   If the answer is YES, name and identify the citizenship of every individual or entity whose citizenship is attributed to the named party:
   Briuna Harper is a citizen of the United States of America. Her permenant address is 213 Stable Dr. Waxahachie, TX 75165.

   Note: In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), Rule 7.1(a)(2) of the Federal Rules of Civil Procedure now **requires** a party or intervenor to name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor:

   (A) when the action is filed in or removed to federal court, and
   (B) when any later event occurs that could affect the court's jurisdiction.

   Under Rule 7.1(b), a party or intervenor must file a disclosure statement:

   (1) with its first appearance, pleading, petition, motion, response, or other request; and
   (2) promptly file a supplemental statement if any required information changes.

_____          5/12/25
Signature of Counsel                Date

Rev. 4/29/2024