UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

    Plaintiff,

v.

TCC WIRELESS LLC

    and

XYZ Insurance Company,

    Defendants.

CASE NO.: 25-cv-686

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Attorney Dixon R. Gahnz, Lawton Cates, S.C., has been retained by and appears as counsel on behalf of Plaintiff, Briuna Harper, in the above-entitled action, and hereby requests that a copy of all papers and other documents be served upon him.

    LAWTONCATES S.C.

    By: *Electronically signed by Dixon R. Gahnz*
    Dixon R. Gahnz, State Bar No.: 1024367
    Attorneys for Plaintiff

P.O. Box 2965
1050 E. Washington Ave. Ste. 330
Madison, WI 53703
P: (608) 282-6200
F: (608) 975-2662
dgahnz@lawtoncates.com