# AFFIDAVIT OF SERVICE

| Case: 2025CV000686 | Court: United States District Court for the Eastern District of Wisconsin | County: , NA | Job: 13298898 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Briuna Harper | | **Defendant / Respondent:** TCC Wireless LLC et al | |
| **Received by:** Dane County Civil Process, LLC | | **For:** Lawton & Cates | |
| **To be served upon:** TCC Wireless LLC, c/o National Registered Agents, Inc. | | | |

I, Michael Jesse, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Barb DeJongh, Clerk, National Registered Agents, Inc., Registered Agent Company: 301 South Bedford Street, Suite 1, Madison, WI 53703

**Manner of Service:** Registered Agent, May 13, 2025, 9:18 am CDT

**Documents:** Authenticated Summons and Complaint (Received May 12, 2025 at 11:00 am CDT), Electronic Filing Notice

**Additional Comments:**
1) Successful Attempt: May 13, 2025, 9:18 am CDT at Registered Agent Company: 301 South Bedford Street Suite 1, Madison, WI 53703 received by Barb DeJongh, Clerk, National Registered Agents, Inc.. Age: 55; Ethnicity: Caucasian; Gender: Female; Weight: 170; Height: 5'6"; Hair: Gray;
Served on an individual who is authorized to accept service, per this facility's policies and procedures.

**Fees:** $60.00

_____   05/13/2025
Michael Jesse                Date

Dane County Civil Process, LLC
345 W Washington Ave Suite 201
Madison, WI 53703
608-849-6420

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public
05/13/2025         06/27/2028
Date               Commission Expires

[Notary Seal: JESSICA L. BAXTER, NOTARY PUBLIC, STATE OF WISCONSIN]