# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| BRIUNA HARPER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-00686-BBC |
| TCC WIRELESS LLC et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court.  I appear in this case as retained counsel for:

TCC WIRELESS LLC                                                                                              .

Date:      05/30/2025

/s/ Benjamin S. Morrell
*Attorney's signature*

Benjamin S. Morrell (IL ARDC No. 6341896)
*Printed name and bar number*
Taft Stettinius & Hollister LLP
111 E. Wacker Dr., Ste. 2600
Chicago, IL 60601

*Address*

bmorrell@taftlaw.com
*E-mail address*

(312) 527-4000
*Telephone number*

(312) 527-4011
*FAX number*