# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| BRIUNA HARPER, <br><br> Plaintiff, <br><br> v. <br><br> TCC WIRELESS LLC and XYZ INSURANCE COMPANY, <br><br> Defendant. | Case No: 1:25-cv-00686-BBC |

## DISCLOSURE STATEMENT

Defendant TCC Wireless LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1:

- The undersigned counsel represents Defendant TCC Wireless LLC in this action.
- TCC Wireless is a limited liability company organized under the laws of Delaware.
- TCC Wireless is wholly owned by TCC Wireless Holdings LLC.
- No publicly held corporation owns 10% or more of TCC Wireless's stock.
- TCC Wireless is represented by the law firm of Taft Stettinius & Hollister LLP in this action.

Dated: May 30, 2025

Respectfully submitted,

TCC WIRELESS LLC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: May 30, 2025

/s/ Benjamin S. Morrell