UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| BRIUNA HARPER,<br><br>    Plaintiff,<br><br>v.<br><br>TCC WIRELESS LLC and XYZ INSURANCE COMPANY,<br><br>    Defendants. | Case No: 1:25-cv-00686-BBC |

**DEFENDANT TCC WIRELESS LLC'S MOTION
<u>TO COMPEL ARBITRATION</u>**

Defendant TCC Wireless LLC ("TCC Wireless") respectfully moves this Court under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, to enter an order compelling arbitration and dismissing this action, or, in the alternative, staying all proceedings in this action pending arbitration. This motion is supported by the attached exhibits, Declaration of Eric Tarasievich,[1] and Memorandum of Law, filed contemporaneously herewith.

Dated: July 3, 2025

                                                            Respectfully submitted,

                                                            TCC WIRELESS LLC

                                                            */s/ Benjamin S. Morrell*
                                                           Benjamin S. Morrell (IL ARDC No. 6341896)
                                                          Taft Stettinius & Hollister LLP
                                                          111 E. Wacker Drive, Suite 2600
                                                          Chicago, IL 60601
                                                          Tel.: (312) 527-4000
                                                          Fax:  (312) 527-4011
                                                          bmorrell@taftlaw.com

---

[1] TCC Wireless is in the process of obtaining proper execution of this declaration and will promptly file it next week.

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: July 3, 2025

*/s/ Benjamin S. Morrell*