

 Log in      

## LEGAL CENTER

# Terms and Conditions

Effective as of May 15, 2023

Thanks for choosing T-Mobile! We are pleased that you selected us as your wireless provider. Please use this page as a reference for questions about your service and the terms and conditions of service that govern the service(s) you purchased from us. These Terms & Conditions ("T&Cs") contain important information about your relationship with us, including individual mandatory binding arbitration of disputes between us, instead of class actions or jury trials. By Accepting these T&Cs, you agree, on behalf of yourself, any person on your account, an Authorized User, and any person you allow to use the Services, Product, or your Device, to be bound by these provisions.

Accepting these T&Cs means you also agree to our Privacy Notice, located at [www.T-Mobile.com/privacy](http://www.T-Mobile.com/privacy), which may be updated from time to time. Our Privacy Notice describes the information we collect, how that information may be used and shared, and the choices you have about certain uses of information. If you have a business relationship with us, our T-Mobile for Business Privacy Notice will govern our privacy obligations to you ([https://www.t-mobile.com/privacy-center/privacy-notices/b2b-privacy-notice.html](https://www.t-mobile.com/privacy-center/privacy-notices/b2b-privacy-notice.html)) and is updated from time to time.

# GENERAL INFORMATION ABOUT THESE TERMS

## WHO IS THIS AGREEMENT WITH?

These T&Cs are an agreement between you on behalf of yourself, your Authorized Users, any person on your account, and any person you allow to use the Services, Product or your Device, and us, T-Mobile USA, Inc., and our controlled subsidiaries, assignees, and agents ("us", "we", "our" or "T-Mobile").

## HOW DO I ACCEPT THESE T&Cs?

You accept these T&Cs by doing any of the following things:

- giving us a written or electronic signature or confirmation, or telling us orally that you accept;
- activating, using, or paying for the Service or a Device; or
- opening the Device box.

If you don't want to accept these T&Cs, don't do any of these things.

When you accept, you're telling us that you are of legal age (you are either legally emancipated or have reached the age of majority as defined in your jurisdiction) and that you are able to enter a contract. If you accept on behalf of an organization, you're telling us that you are authorized to bind that organization, and references to "you" in these T&Cs may mean the organization.

## WHAT IS INCLUDED IN THESE TERMS AND CONDITIONS?

In these T&Cs, you'll find important information about:

- Our services provided to you ("Service");
- Any equipment for which we provide Service or which we provide to you to be used with our Service, like a phone, handset, tablet, SIM card, or accessory (collectively, a "Device");
- Any feature, product, or solution that we provide to you, (collectively, a "Product" or "Feature");
- Any charges, taxes, fees, and other amounts we charge you or that were accepted or processed through your Device ("Charges"));

- Network management practices;

- Limitations of liability; and

- Resolution of disputes by individual arbitration and class action and jury trial waivers.

## ARE THERE ANY OTHER TERMS THAT APPLY TO ME?

Yes. Your "Agreement" includes these T&Cs; the additional terms found in your Rate Plan and/or Data Plan; your Service Agreement; our business policies and practices as published on the web and/or as provided to you (and amended by us); terms and conditions to any additional Product(s) you select; and provisions linked to from these T&Cs. Sections marked "*" continue after termination of our Agreement with you.

You should be aware that our Privacy Notice, located at www.T-Mobile.com/privacy, and Open Internet Policy, located at www.T-Mobile.com/OpenInternet, apply to the use of our Devices, Products and Services. We also provide a Privacy Dashboard that includes tools for you to manage your privacy choices and learn more about what data we collect about you. Visit https://www.t-mobile.com/privacy-center/dashboard for more information. You might also have other agreements with us, such as an equipment installment plan or financing agreement. The terms of these other agreements are also included in your Agreement with us.

## *WHAT IS THE TERM OF THESE T&Cs?

As the Un-Carrier, we did away with annual service contracts. You are free to go, although we'd be sad to see you leave. You are responsible for all Charges incurred through the end of, or resulting from, your Service term, including Charges covering periods where your Service is suspended for non-payment. In most instances, this will be the close of your then-current billing cycle. If you port your number to another carrier, your Service will be deactivated immediately once the number is ported, though you will still be charged for a full billing cycle. In addition, cancellation of Service may affect other agreements that you have with us, including equipment installment plans or lease agreements where your payments may be accelerated upon cancellation. Cancellation may also impact other services that are billed through the TMO biller as well as any subscriptions you may have through us.

## HOW DO WE NOTIFY EACH OTHER?

You may contact us at www.T-Mobile.com, by calling 1-800-937-8997or 611 from your Device, or by writing to: T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico customers** you may contact us at www.T-Mobilepr.com, by calling 844-349-0712 or 611 from your Device, or by writing to: T-Mobile Customer Relations, B7 Tabonuco Street, Suite 700, Guaynabo, Puerto Rico 00968-3349, Attn.: Customer Care Manager. We may deliver notices to you by mail, phone, or electronic means using your

account information in our records. Electronic notices are considered delivered when sent. Mail notices are considered delivered 3 days after mailing. For multi-line accounts, we may assign a "Primary Telephone Number" to your account for the purpose of receiving notices, as well as for other purposes. If you would like to change it, contact us.

To begin arbitration or any other legal proceeding, you must serve our registered agent. Our registered agent is Corporation Service Company and can be contacted at 1-866-904-4948. For **Puerto Rico customers**, our registered agent is Fast Solutions, LLC and can be contacted at Citi Tower, 252 Ponce de Leon Avenue, Floor 20, San Juan, Puerto Rico, 00918, phone: 1-787-688-5881.

## CAN T-MOBILE CHANGE, SUSPEND OR TERMINATE MY SERVICES OR THIS AGREEMENT?

Yes. Except as described below for Rate Plans with the price-lock guarantee (including the "Un-Contract Promise"), we may change, limit, suspend or terminate your Service or this Agreement at any time, including if you engage in any of the prohibited uses described in these T&Cs, no longer reside in a T-Mobile-owned network coverage area, or engage in harassing, threatening, abusive or offensive behavior. If your Service, Product, or account is limited, suspended, or terminated and then reinstated, you may be charged a reconnection fee. Your account may still accrue charges even if the Service is suspended. You are responsible for any charges that are incurred while your Service or account is suspended.

Under certain limited circumstances, we may also block your Device from working on our network. If the change to your Service, Product, or Rate Plan will have a material adverse effect on you, we will provide 14 days' notice of the change. You'll agree to any change by using your Service or Product after the effective date of the change. We may exclude certain types of calls, messages or sessions (e.g. conference and chat lines, broadcast, international, 900 or 976 calls, etc.), in our sole discretion, without further notice. For information about our unlocking policy, visit www.t-mobile.com/responsibility/consumer-info/policies/sim-unlock-policy.

If you are on a price-lock guaranteed Rate Plan, we will not increase your monthly recurring Service charge ("Recurring Charge") for the period that applies to your Rate Plan, or if no specific period applies, for as long as you continuously remain a customer in good standing on a qualifying Rate Plan. If you switch plans, the price-lock guarantee for your new Rate Plan will apply (if there is one). The price-lock guarantee is limited to your Recurring Charge and does not include, for example, add-on features, taxes, surcharges, fees, or charges for extra Features or Devices.

## *AM I CONSENTING TO BE CONTACTED?

Yes. We may contact you without charge, on any wireless telephone number assigned to your account for any purpose, including marketing, and in any manner permitted by law. You also expressly consent to be contacted by T-Mobile or our agents for any purpose, including billing and, collection, at any mailing address, telephone number, or any other electronic address where you may be reached. You agree that T-Mobile or our agents may contact you in any manner, including pre-recorded artificial voice or an automatic telephone dialing system. You

agree to notify us promptly if you can no longer be reached at a contact number you provided us. You represent that you have received the consent of any Authorized Users and other users on your account to be contacted by us as described in this Section. You agree that all consents provided in this Section will survive cancellation of your Service and account.

# DISPUTE RESOLUTION

## *HOW DO I RESOLVE DISPUTES WITH T-MOBILE?

By accepting these T&Cs, you are agreeing to resolve any dispute with us through individual binding arbitration or small claims dispute procedures (unless you opt out), and to waive your rights to a jury trial and to participate in any class action suit.

***Individualized Dispute Resolution and Arbitration.* YOU AND WE EACH AGREE THAT, EXCEPT AS PROVIDED BELOW, ANY AND ALL CLAIMS OR DISPUTES, OF ANY NATURE, INCLUDING TORT AND STATUTORY CLAIMS, IN ANY WAY RELATED TO OR CONCERNING THE AGREEMENT, OUR PRIVACY NOTICE, PRIVACY OR DATA SECURITY PRACTICES, OUR SERVICES, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY INDIVIDUAL BINDING ARBITRATION OR IN SMALL CLAIMS COURT. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD, ON AN INDIVIDUAL BASIS, THE SAME DAMAGES AN RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES**

This includes any claims against other parties relating to Services, Products, or Devices provided or billed to you (such as our suppliers, dealers, authorized retailers, or third-party vendors) whenever you also assert claims against us in the same proceeding. You and we each also agree that the Agreement affects interstate commerce so that the Federal Arbitration Act and federal arbitration law, not state law, apply and govern the enforceability of this dispute resolution provision (despite the general choice of law provision set forth below).

**For Puerto Rico customers**, references to "small claims court" should be understood to mean the Puerto Rico Telecommunications Bureau for matters within the jurisdiction of said agency. See **OTHER TERMS REGARDING DISPUTE RESOLUTION** for details on the billing dispute process in Puerto Rico.

Notwithstanding the above, **YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE EARLIER OF THE DATE YOU PURCHASED A PRODUCT OR DEVICE FROM US OR THE DATE YOU ACTIVATED A NEW LINE OF SERVICE (the "Opt Out Deadline")**. You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-844-379-5429 or online at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you will be required to pursue your claim in arbitration or small claims court.**

For all disputes or claims you have, you must first give us an opportunity to resolve your claim by sending a written description of your claim ("Notice of Dispute") to the address provided in the "How Do We Notify Each Other" Section. The Notice of Dispute must contain enough information for us to identify your account and attempt to resolve your claim, including (a) the name of the T-Mobile account holder; (b) billing account number; (c) the mobile telephone number at issue; (d) a written description of the problem, relevant documents and supporting information; and (e) a good faith calculation of the damages you claim to have suffered and a statement of the specific relief you are seeking. You may be represented by an attorney or

other person in that process. However, if you choose to do so, you must also submit with your Notice of Dispute a signed written authorization allowing us to discuss your account with your attorney or other representative. Similarly, if we have any dispute with you, we will send a Notice of Dispute to your billing address. You and we each agree to negotiate any claim(s) between us in good faith. You and we each agree that neither of us may commence any arbitration or court proceeding unless you and we are unable to resolve the claim(s) within 60 days after receipt of the Notice of Dispute and the party who sent the Notice of Dispute has made a good faith effort to resolve the claim during that time.

**If we are unable to resolve any claims within 60 days despite those good faith efforts, then either you or we may start arbitration or small claims court proceedings**. To begin arbitration, you must send a letter requesting arbitration and describing your claim to our registered agent (see the "How Do We Notify Each Other" section below) and to the American Arbitration Association ("AAA"). The arbitration of all disputes will be administered by the AAA under its Consumer Arbitration Rules in effect at the time the arbitration is commenced, except to the extent any of those rules conflict with our agreement in these T&Cs, in which case these T&Cs will govern. The AAA rules are available at www.adr.org. If the claims asserted in any request or demand for arbitration could have been brought in small claims court, then either you or we may elect to have the claims heard in small claims court, rather than in arbitration, at any time before the arbitrator is appointed, by notifying the other party of that election in writing. Any dispute about whether a claim qualifies for small claims court will be resolved by that court, not by an arbitrator. In the event of any such dispute, the arbitration proceeding will remain closed unless and until the small claims court issues a decision that the claim should proceed in arbitration.

The arbitration of all disputes will be conducted by a single arbitrator, who shall be selected using the following procedure: (a) the AAA will send the parties a list of five candidates; (b) if the parties cannot agree on an arbitrator from that list, each party shall return its list to the AAA within 10 days, striking up to two candidates, and ranking the remaining candidates in order of preference; (c) the AAA shall appoint as arbitrator the candidate with the highest aggregate ranking; and (d) if for any reason the appointment cannot be made according to this procedure, the AAA may exercise its discretion in appointing the arbitrator. All arbitrators appointed pursuant to this process are subject to the disclosure and disqualification procedures set forth in the AAA rules and any applicable state laws or rules.

Payment of all filing, administration, and arbitrator fees will be governed by the AAA Rules. If you initiate an arbitration, you are required to pay AAA's initial filing fee, but we will reimburse you for this filing fee at the conclusion of the arbitration to the extent it exceeds the fee for filing a complaint in a federal or state court in your county (or parish) of residence. If the arbitrator finds that either the substance of your claim or the relief sought was frivolous, or that your claim was brought for an improper purpose (as measured by the standards in Federal Rule of Civil Procedure 11(b)), then we will not reimburse your initial filing fee and may seek an award of our legal fees or costs against you and/or your counsel. This Agreement authorizes the arbitrator to award fees or other sanctions against your counsel. Any facts, evidence, documents, or testimony introduced or produced in an arbitration proceeding may be used only in that proceeding and may not be disclosed, introduced, or used in another arbitration proceeding even if it involves the same or similar claims. We each also agree that the arbitrator will not be bound by rulings in any prior arbitrations not involving the same parties, even if they involved the same or similar claims.

The arbitrator may award on an individual basis any relief that would be available in a court, including injunctive or declaratory relief and attorneys' fees. If you seek injunctive or declaratory relief, you agree that the arbitrator may award injunctive or declaratory relief in favor of you alone, and only to the extent necessary to resolve your individual claim.

The arbitrator will have the power to rule on their own jurisdiction, including any issues concerning the existence, validity, or scope of either this Agreement or the arbitration clause.

including whether any claim is subject to arbitration, provided that: (1) any dispute about whether a claim qualifies for small claims court will be resolved by that court, not by an arbitrator; and (2) a court will have the authority to determine whether the parties have complied with the informal dispute resolution procedures set out above and whether any claim you or we have filed in arbitration or in court is inconsistent with the Class and Mass Action Waiver included in these T&Cs.

**Class and Mass Action Waiver**. **YOU AND WE EACH AGREE THAT ANY PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT AS A CLASS, REPRESENTATIVE, MASS, OR CONSOLIDATED ACTION**. **If you opt out of the arbitration provision as specified above, this Class Action Waiver provision will not apply to you. Neither you, nor any other customer, can be a class representative, class member, or otherwise participate in a class, consolidated, mass, or representative proceeding without having complied with the opt out requirements above.**

In any action between you and us, if a court or an arbitrator determines that any part of this arbitration provision or Class and Mass Action Waiver is unenforceable with respect to any claim, remedy, or request for relief, then the arbitration provision and Class and Mass Action Waiver will not apply to that claim, remedy, or request for relief. But the arbitration provision and Class and Mass Action Waiver will still apply to all other claims, remedies, and requests for relief that you or we may assert in that or any other action. In any such case, you and we agree that we will arbitrate all claims, remedies, and requests for relief subject to individual arbitration first, and that any remaining unresolved claims, remedies, or requests for relief may be pursued in court only after the arbitrator's award has been issued. In any such proceeding, the arbitrator's factual findings will not be entitled to deference by the court.

**Jury Trial Waiver.** If a claim proceeds in court rather than through arbitration, **YOU AND WE EACH WAIVE ANY RIGHT TO A JURY TRIAL.**

## *WHAT LAW APPLIES TO THESE T&Cs?

This Agreement is governed by the Federal Arbitration Act, applicable federal law, and the laws of the state or jurisdiction in which your billing address in our records is located, without regard to the conflicts of laws rules of that state or jurisdiction. Foreign laws do not apply. Arbitration or court proceedings must be in the county and state or jurisdiction in which your billing address in our records is located, but not outside the U.S. or Puerto Rico.

## *ARE THERE ANY WARRANTIES?

**Generally, no. Except for any written warranty that may be provided with a Device you purchase from us, and to the extent permitted by law, the Services, Products, and Devices are provided on an "as is" and "with all faults" basis and without warranties of any kind. We make no representations or warranties, express or implied, including any implied warranty of merchantability or fitness for a particular purpose, including security or authentication purposes, concerning your Service or your Device. While we strive to protect customer accounts, we do not guarantee security. You accept responsibility if you use your Service or Product as a means of security or authentication for other accounts. For more information about online safety and**

**cybersecurity, visit https://www.t-mobile.com/privacy-center/education/online-safety-cybersecurity.html. We can't and don't promise uninterrupted or error-free Service and don't authorize anyone to make any warranties on our behalf. This doesn't deprive you of any warranty rights you may have against anyone else. We do not guarantee that your communications will be private or secure; it is illegal for unauthorized people to intercept your communications, but such interceptions can occur.**

**Services, Products, or Software, including Device software, interfaces, documentation, data and Content & Apps (collectively "Software") provided by third parties (including voice applications), 911 or E911, text to 911, or other calling or messaging functionality, may work differently than services offered by us, or may not work at all. Please review all terms and conditions of such third-party products. When using these products, we are not responsible for the availability or reliability of 911 calls or text to 911 messages, or if inaccurate location information is provided to the 911 Communications Center. We cannot assure you that if you place a 911 call or text you will be found.**

**We are not responsible for any download, installation, use, transmission failure, interruption, or delay related to Content & Apps, or any third-party content, services, advertisements, or websites you may be able to access by using your Device or the Services, even if charges for Content & Apps appear on your T-Mobile bill. You are responsible for maintaining virus and other Internet security protections when accessing third party Content & Apps or other services.**

We and any third party providing Services are not responsible for any damage, delay, interruption, or other failures to perform resulting from: (a) providing or failing to provide Services, including, but not limited to, deficiencies or problems with a Device or network coverage; (b) traffic or other accidents, or any health-related claims relating to our Services, (c) an interruption or failure in accessing or attempting to access emergency services from a Device; (d) interrupted, failed or inaccurate location information services; (e) information or communication that is blocked by a spam filter; (f) damage to your Device or any computer or equipment connected to your Device, or damage to or loss of any information stored on your Device, computer, equipment, or storage space from your use of Services or from viruses, worms, or downloads of malicious content, materials, data, text, images, video, or audio; or (g) things beyond our control, including acts of God, riot, strike, war, terrorism, or government orders or acts.

## *ARE THERE LIMITATIONS ON LIABILITY?

**Yes. To the extent permitted by law, you and we each agree to limit claims for damages, or other monetary relief against each other to direct and actual damages regardless of the theory of liability. This means that neither of us will seek any indirect, special, consequential, treble, or punitive damages from the other. These disallowed damages include, but are not limited to, damages arising out of unauthorized access or changes to your Account, Product, Service, or Device, or the use of your Account, Service, Product, or Device by you or by others to authenticate, access, use or make changes to third party accounts, including financial, cryptocurrency, or social media accounts. This limitation and waiver also apply to any claims you may bring against any other party to the extent that we would be required to indemnify that party for such claim. You agree we are not liable for problems caused by you or a third party, by any act of nature, or by any criminal activity by someone unrelated to T-Mobile. You also agree we aren't liable for missed or deleted voicemails or other messages, for any information (like pictures) that gets lost or deleted if we work on your Device, or for**

**failure or delay in connecting a call or text to 911 or any other emergency service. To the extent permitted by law, you and we each also agree that all claims must be brought within 2 years of the date the claim arises.**

**WE ARE NOT PUBLISHERS OF THIRD-PARTY INFORMATION, APPLICATIONS, SERVICES OR OTHER CONTENT AND ARE NOT RESPONSIBLE FOR ANY OPINIONS, ADVICE, STATEMENTS, INFORMATION, SERVICES OR GOODS PROVIDED BY THIRD PARTIES.**

## *AM I REQUIRED TO INDEMNIFY T-MOBILE?

**Yes. You agree to defend, indemnify, and hold us and our directors, officers, and employees harmless from any claims arising out of use of the Services, Products, or Devices, breach of the Agreement, or violation of any laws or regulations or the rights of any third party by you, any person on your account, and any person you allow to use the Services, Product, or your Device.**

# ACCOUNT AND PAYMENT INFORMATION

## WHAT IS A RATE PLAN?

Your "Rate Plan" includes your Service allotments, for example, for minutes, messages or data, rates, and other terms. We may introduce access to new technologies, features, or services that you can add for an additional charge. If any term in your Rate Plan conflicts with these T&Cs, the term in your Rate Plan governs.

## HOW WILL I BE CHARGED FOR DATA USAGE?

Data service may be included in your Rate Plan or International Pass or you may be charged for data usage on a pay-per-use basis ("Data Plan"). Your Rate Plan and/or Data Plan will contain more information about how we calculate data usage. You can check your current usage by visiting my.T-mobile.com or by using a short code from your device (you can find more information about the short code at www.t-mobile.com). Legacy Sprint customers can check their current usage by logging into their account at Sprint.com, or by using the My Sprint app. If you do not have a Data Plan, your Device may not be able to access data services.

## HOW DO I GIVE OTHER PEOPLE ACCESS TO MY ACCOUNT?

An Authorized User is someone you establish as someone that can access and manage your Account. An Authorized User can:

- Make changes to your account;

- Add or remove services or features to your account;

- Receive notices and disclosures on your behalf;

- Purchase Devices for use with our Service, including under an installment plan; and

- Incur Charges on your account.

The easiest way to designate an Authorized User is online through your T-mobile.com account. Keep in mind that you should not share your account validation information, which includes your PIN/passcode. An Authorized User will need to verify identity before we provide access to account information. When calling us, this requires presentation of the account PIN/passcode. This information is sensitive so take steps to protect it. We will treat presentation of the proper account validation information as authorized access to an account.

## CAN T-MOBILE ACCESS MY DEVICE?

Yes. We may remotely change software, systems, applications, features, or programming on your Device without notice. These changes will modify your Device and may affect or erase data you have stored on your Device, the way you have programmed your Device, or the way you use your Device. You will not be able to use your Device during the installation of the changes, even for emergencies. We may also remotely program or reconfigure your Device upon activation on our network or at other times and install additional software and apps.

Your Device may contain sensitive or personal information. We are not responsible for any information on your Device, including sensitive or personal information. At all times, you should remove or otherwise safeguard any sensitive or personal information when your Device is out of your possession or control including, but not limited to, relinquishing, exchanging, returning, or recycling your Device. By providing your Device to us, you agree that our employees, contractors, or vendors may access all information on your Device.

## *HOW WILL I BE BILLED FOR USE OF THE SERVICES?

You agree to pay all Charges we assess and bill you, including charges covering periods where your Service is suspended for non-payment, or Charges that were accepted or processed through all Devices and/or Products on your account, including while your service is suspended. You agree to provide us with accurate and complete billing and tax related information and to report all changes within 30 days of the change. You will receive an electronic (paperless) bill unless you tell us you want a paper bill. You have the option of switching to a paper bill at no cost to you by changing your billing preferences at www.my.T-Mobile.com or by contacting Customer Care. For more information about paperless billing, please visit www.t-mobile.com/billterms.

**AutoPay:** Autopay is a free service that automatically makes payments from your designated payment account to pay your bill. For more information on AutoPay, visit https://www.t-mobile.com/responsibility/legal/autopay-terms-and-conditions.

Unless required by law, we will not give you additional notice or obtain additional consent from you before charging Charges to that credit or debit card. You must promptly notify us of any change in the credit or debit card or bank transfer authorization you want to use for payment. You may also make a payment by credit or debit card only at www.t-mobile.com. In addition, you may pay your Charges by making a cash payment in person at any T-Mobile store. You may be required to pay an additional service charge or fee, depending on the channel and/or payment method you choose. This information is available at www.t-mobile.com. We may charge a return payment fee at the highest amount permissible by law. We may restrict your payment methods to cashier's check, money order, or other similar secure forms of payment at any time for good reason.

Your Device can be used to purchase services and products from third parties, and Charges for these purchases may be included on your T-Mobile bill. Charges may be one-time or recurring. The amount and frequency of the charges will be disclosed at the time a purchase is made. If selected, the charges will become part of the amount due for that billing cycle. For no additional cost you can block third party charges from being included on your T-Mobile bill by logging into your account at www.my.T-Mobile.com or calling Customer Care.

**Off-Rate Plan Charges.** You may have to pay extra for calls to some numbers (e.g. conference & chat lines, broadcast, calling card, international, 900 or 976 calls, etc.).

**Usage.** Airtime usage is measured from the time the network begins to process a call (before the phone rings or the call is answered) through its termination of the call (after you hang up). For voice calls, we round up any fraction of a minute to the next full minute. Depending upon your Rate Plan, data usage may be rounded at the end of each data session, at the end of your billing cycle, and/or at the time you switch data plans. You may be charged for more than one call/message when you use certain features resulting in multiple inbound or outbound calls/messages (such as call forwarding, call waiting, voicemail, conference calling, and multi-party messaging). You will be charged for text, instant or picture messages, and email whether read or unread, sent or received, solicited or unsolicited. We use filters to block spam messages, but we do not guarantee that you will not receive spam or other unsolicited messages. Additional blocking options are available at www.my.T-Mobile.com. Most usage and Charges incurred during a billing cycle will be included in your bill for that cycle. Some usage and Charges may be delayed to a later billing cycle, which may cause you to exceed Rate Plan allotments in a later billing cycle. Unused Rate Plan allotments expire at the end of your billing cycle. You may be billed additional Charges for certain features and services. Charges for Wi-Fi usage may vary; see your Rate Plan for more details.

**Taxes.** You agree to pay all taxes and fees imposed by governments or governmental entities. We may not give advance notice of changes to these charges. To determine taxes & fees, we use the street address you identified as your Place of Primary Use ("PPU"). If the tax laws require use of a different address, then we utilize the best information available to us to determine the correct address. The PPU for **Puerto Rico customers** must be in Puerto Rico. If you did not identify the correct PPU, or if you provided an address, such as a PO Box, that is not a recognized street address, does not allow us to identify the applicable taxing jurisdiction(s), or does not reflect the Service area associated with your telephone number, you may be assigned a default location for tax purposes. Except as may be otherwise required by law, in the event you dispute your PPU or the location we assigned you and the resulting taxes or fees applied on your bill, you must request a refund of the disputed tax or fee within 60 days of the date of our bill containing such tax or fee. Regardless of any Rate Plan guarantee, taxes and fees may change from time to time without notice.

**Surcharges.** You agree to pay all surcharges applicable to your Rate Plan. Surcharges are not mandated or imposed on you by law, they are T-Mobile Charges that are determined, collected, and retained by us. The components and component amounts of the Surcharges are subject to change without notice. Surcharges include charges, costs, fees, and certain taxes that we incur to provide Services (and are not government taxes or fees imposed

directly on our customers). Examples include general and administrative fees (such as certain costs we have already incurred or will incur to provide Service), as well as governmental-related assessments (such as Federal or State Universal Service fees, regulatory or public safety charges, environmental fees, and gross receipts taxes). Surcharges assessed to you will vary depending on the type of Service and the Rate Plan you have. Surcharges may change from time to time without notice regardless of any Rate Plan guarantee (and subject to our 14-day notice policy if changes to your Service or Rate Plan will have a material adverse effect on you). Surcharges will apply whether or not you benefit from the programs, activities, or services included in the Surcharge. When Surcharges are assessed in connection with your Service, you can find the Surcharges detailed in either the "Taxes, Fees & Surcharges", "T-Mobile Fees and Charges" or the "Other Charges" sections of your bill or at www.myT-Mobile.com.

**Other Fees**. We may charge activation, prepayment, reactivation, program, or other fees to establish, change, or maintain Services, Certain transactions may also be subject to a charge (for example, convenience payment, changing phone numbers, handset upgrades, etc.). We will tell you if any of these fees apply to your requested transaction.

## WHAT IF I DON'T PAY ON TIME?

You are responsible for all Charges incurred through the end of, or resulting from, your Service term, including Charges covering periods where your Service is suspended for non-payment. If you do not pay on time, we may charge a late fee of up to the highest amount allowed by law. We may also charge a returned payment fee at the highest amount permissible by law. We may restrict your payment methods to cashier's check, money order, or other similar secure forms of payment at any time for good reason. If you fail to pay on time and we refer your account to a third party for collection, a collection fee will be assessed by T-Mobile and will be due at the time of the referral to the third party. The fee will be calculated as a percentage of the amount due to the extent permitted, or not otherwise prohibited, by applicable law. If we accept late or partial payments, you still must pay us the full amount you owe, including late fees. We will not honor limiting notations you make on or with your checks. Late payment, non-payment and/or collection fees are intended to be a reasonable advance estimate of our actual costs resulting from late payments and non-payments by our customers; these costs are not readily ascertainable and are difficult to predict or calculate at the time that these fees are set. You and we each agree that if you fail to timely pay amounts due, we may assign your account for collection, and the collection agency may pursue, in small claims court, claims limited strictly to the collection of the past due amounts and any interest or costs of collection permitted by law or this Agreement. If your account is unpaid or otherwise not in good standing, your service may be reduced, suspended, or terminated. Charges may not be prorated while your Service is suspended.

## *DOES T-MOBILE CHECK MY CREDIT?

Yes, for many of our products and services. We may get information about your credit history from credit-reporting agencies, which may affect your credit rating. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. We may place a temporary or permanent

account spending limit (ASL) on your account to limit the amount you can charge, regardless of when payment on those charges is due, and we may suspend your Services without prior notice if your account balance reached the ASL, even if your account is not past due.

## AM I REQUIRED TO MAKE A DEPOSIT?

We may require you to make a deposit or prepayment for Services. We can apply deposits, payments, or prepayments in any order to any amounts you owe us on any account. This deposit is refundable and will be applied as a credit to your account along with interest as may be required by law.

## *HOW CAN I DISPUTE MY CHARGES?

If you have any questions about your bill or want to dispute any Charges, please contact us by visiting www.T-Mobile.com, by calling 855-524-0825 or 611 from your Device, or by writing to T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380. **Puerto Rico customers** may contact us at www.T-Mobile.com, by calling 1-855-524-0825 or 611 from your Device, or by writing to us at: T-Mobile Customer Relations, B7 Tabonuco Street, Suite 700, Guaynabo, Puerto Rico 00968-3349, Attn.: Customer Care Manager. If this does not fix things, please notify us in writing. Unless otherwise provided by law, you must notify us in writing of any dispute regarding your bill or Charges to your account within 60 days after the date you first receive the disputed bill or Charge. If you don't, you may not pursue a claim in arbitration or in court. If you accept a credit, refund, or other compensation or benefit to resolve a disputed bill or Charge, you agree that the issue is fully and finally resolved, and T-Mobile shall be released from all liability regarding said dispute. Unless otherwise provided by law, you must pay disputed Charges until the dispute is resolved.

**Puerto Rico customers:** Unless otherwise provided by law or these T&Cs, for billing disputes, you must notify us not later than 20 days from the date the disputed bill was sent to you. If you don't, you may not pursue a claim in arbitration or with the Puerto Rico Telecommunications Bureau. We will provide you with a determination regarding the billing dispute you present to us within 20 days after we receive it. You will have 20 days from the mailing date of the notification to request a reconsideration of our determination. You may appeal our determination to the Puerto Rico Telecommunications Bureau by filing a petition for review up to 30 days after the date of our determination. Your petition for review shall be made through the filing of a document containing the following information: (a) your name and address; (b) our company name; (c) the pertinent facts; (d) any applicable legal provisions that you are aware of; and (e) the remedy you are requesting. The document may be filed handwritten or typewritten and must be signed by you. You must send us a copy of your document to the following address: B-7 Calle Tabonuco Suite 7000, Guaynabo, Puerto Rico 00969, Attn: Customer Care Manager. You must send your petition for review to the Puerto Rico Telecommunications Regulatory Board at the following address: 500 Ave. Roberto H. Todd (Pda. 18 – Santurce), San Juan, Puerto Rico 00907-3941. The Puerto Rico Telecommunications Bureau will review our determination only on appeal. You are advised of the provisions regarding suspension of Service that appear in Law 33 of July 7, 1985, Law 213 of September 12, 1996 and Regulations 8065 promulgated on August 31, 2011 by the

Puerto Rico Telecommunications Bureau regarding the procedures for customer's dispute resolution and suspension of Services.

# USING OUR NETWORK

## WHERE, HOW, AND WHEN DOES MY SERVICE WORK?

These T&Cs describe the experience you can expect on our networks, including information about our reasonable network management practices, and the experience on our roaming partners' networks. Please check our coverage maps, which approximate our anticipated coverage area outdoors. Your experience on our networks may vary and change without notice depending on a variety of factors. You agree that we are not liable for problems relating to Service availability or quality. To provide the best possible experience for the most possible customers on T-Mobile or Sprint branded rate plans, for many Rate Plans, we prioritize the data usage of a small percentage of our heavy data users, below that of other customers. This threshold number is specified in your Rate Plan and is also periodically evaluated and may change over time. We also prioritize the data of customers who choose certain Rate Plans after the data for other T-Mobile or Sprint branded rate plans, but before customers who are prioritized as heavy data users. Customers whose data is prioritized lower may notice speeds lower than customers with higher priority in times and locations where there are competing customer demands for network resources. See your selected service or visit our Open Internet page at the link below for details. We prioritize smartphone and mobile internet (tablet) over Smartphone Mobile HotSpot (tethering) and wireless internet traffic on our network. We utilize streaming video optimization technology in our networks to help minimize data consumption while also improving the service experience for all customers. For example, a small number of Rate Plans experience video optimization via the Binge On feature. Some qualifying video providers may choose to opt-out of the Binge On program. For a list of opt-out providers visit http://www.t-mobile.com/offer/binge-on-streaming-video.html# [DI1] . The Binge On optimization technology is not applied to the video services of these providers, and high-speed data consumption will continue as if Binge On were not enabled. Additionally, we may implement other network practices, to ensure optimized network performance as technologies evolve. For example, some plans may offer gaming or audio streaming at standard or at high definition. Our Open Internet Policy, located at www.T-Mobile.com/OpenInternet[DI2] , includes important information on these topics as well as information on commercial terms and performance characteristics (such as expected speed, latency, and network practices.)

## WILL MY SERVICE VARY? WHAT FACTORS MAY AFFECT MY SERVICE?

As our customer, your actual Service area, network availability, coverage and quality may vary based on several factors, including your selected service, network capacity, terrain, weather, if you are on a private or public Wi-Fi network, using a non-T-Mobile device, or if your Device no longer supports network technologies compatible with or available on T-Mobile's network or the networks of our roaming partners. Outages and interruptions in Service may occur, and speed of Service varies. Devices also have varying speed capabilities and may connect to different networks depending on technology. Even within coverage areas and with broadband-capable devices, network changes, traffic volume, outages, technical

limitations, signal strength, obstructions, weather, public safety needs, and other conditions may impact speeds and service availability.

We engineer our network to provide consistent high-speed data service, but at times and at locations where the number of customers using the network exceeds available network resources, customers will experience reduced data speeds. In those cases, customers who choose certain rate plans may notice speeds lower than customers on other T-Mobile or Sprint branded rate plans, which are prioritized higher on our networks. Further, to provide the best possible on-device experience for the most possible customers on T-Mobile or Sprint branded plans and minimize capacity issues and degradation in network performance, we may, without advance notice, take any actions necessary to manage our network on a content-agnostic basis, including prioritizing all on-device data over Smartphone Mobile HotSpot (tethering) data and, for the vast majority of Rate Plans, further prioritizing the data usage of a small percentage of heavy data users (as defined in their Rate Plans) and wireless internet, below that of all other customers in times and locations where there are competing customer demands for network resources, for the remainder of the billing cycle. This threshold number is periodically evaluated and may change over time.

Where the network is lightly loaded in relation to available capacity, a customer whose data is prioritized below other data traffic will notice little, if any, effect from having lower priority. This will be the case in most times and locations. At times and locations where the network is heavily loaded in relation to available capacity, however, these customers will likely see significant reductions in data speeds, especially if they are engaged in data-intensive activities. Customers should be aware that these practices may occasionally result in speeds below those typically experienced on our 5G or LTE networks. We constantly work to improve network performance and capacity, but there are physical and technical limits on how much capacity is available, and in constrained locations the frequency of heavy loading in relation to available capacity may be greater than in other locations. When network loading goes down or the customer moves to a location that is less heavily loaded in relation to available capacity, the customer's speeds will likely improve. Visit www.T-Mobile.com/OpenInternet for details and for current data amount subject to this practice.

## *CAN I ROAM ON MY DEVICE?

***Domestic Roaming.*** Your Device may connect to another provider's network ("Off-Net"). This may happen even when you are within the T-Mobile coverage area. Check your Device to determine if you are Off-Net. Please do not abuse this; we may limit or terminate your Service if you do. Your device may also connect to another provider's secured Wi-Fi network. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND SERVICE?** section for additional info.

***International Roaming & Dialing.*** Availability and features offered for international roaming and dialing vary depending on your Rate Plan and Device. All countries may not be available for roaming, and available countries may change from time to time; visit http://www.t-mobile.com/optional-services/roaming.html for more information about which countries are currently available for roaming. Whether roaming internationally or making and sending international calls and messages while in the U.S. (or Puerto Rico), you may be charged international rates (including for voicemails left for you and for data usage). This includes per-minute rates for calls, and per-minute rates for calls transferred to your voicemail, and the relevant data rates for data usage. You may be charged for more than one call for unanswered calls that are forwarded to voicemail regardless of whether the calls result in actual voicemail messages being left for you and regardless of whether your Device is on

or off. Different rates and rounding increments apply in different countries. For information on international access, rates, services, and coverage, visit http://www.t-mobile.com/optional-services/roaming.html. While roaming internationally, your data throughput may be reduced, and your Service may be otherwise limited or terminated at any time without notice. You are responsible for complying with U.S. Export Control laws and regulations, and the import laws and regulations of foreign countries when traveling internationally with your Device. The availability of, and access to, emergency calling services (e.g., 911 in the U.S.), may vary by country. You should familiarize yourself with how to access these services before using your handset for international roaming. See **WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND THE SERVICE?** section for additional information about international roaming.

## CAN I STREAM VIDEOS ON MY DEVICE?

We deploy streaming video optimization technology in our network, which also helps to ensure that available network capacity can be utilized to provide a good service experience for the maximum number of customers. The optimization technology is intended to manage data usage on the network, reduce the risk of streaming video stalling and buffering on mobile devices, and reduce the amount of data consumed for streaming video, making room for other users to enjoy higher speeds and a better network experience overall. Video optimization occurs only to data streams that are identified by our packet-core network as video or where the video provider has chosen to establish protocols to self-optimize their video. While many changes to streaming video files are likely to be indiscernible, the optimization process may impact the appearance of the streaming video as displayed on a user's Device. In some instances, video optimization may also identify and treat downloads of video files as if they were real-time video streams. However, the T-Mobile network offers content providers a way to opt-in to a protocol to help identify video downloads and ensure they are not treated as streaming video. Customers may have Rate Plans where video optimization is delivered at Standard Definition quality, with the ability to add a feature where video streams at speeds that provide HD video capability (typically 1080p). Alternatively, customers may have Rate Plans that offer video optimization as a customer-controlled feature (e.g., "Binge On") to toggle on or off Standard Definition quality video optimization. Some qualifying video providers may choose to opt-out of the Binge On program, see listing at http://www.t-mobile.com/offer/binge-on-streaming-video.html#. The Binge On optimization technology is not applied to the video services of these providers, and high-speed data consumption will continue as if Binge On were not enabled. For more information about video optimization, visit our Open Internet Policy located at www.T-Mobile.com/OpenInternet.

## CAN I DOWNLOAD AND USE THIRD PARTY CONTENT AND APPS ON MY DEVICE?

Yes. You are free to download and use content or applications ("Content & Apps") on your Device that are not provided by T-Mobile, at your own risk. Third party Content & Apps may require your agreement to a license or other terms with the third party. Some Devices or

Content & Apps may contact our network without your knowledge, which may result in additional Charges (e.g., while roaming internationally.)

## *WHAT ARE THE PERMITTED AND PROHIBITED USES FOR MY DEVICE AND SERVICE?

Our wireless network is a shared resource, which we manage for the benefit of all our customers. Your Data Plan is intended for Web browsing, messaging, and similar activities. Certain activities and uses of our Services and your Device are permitted, and others are not. If you buy, lease, or finance a Device manufactured for use on our network, you agree, and we rely on your agreement, that you intend it to be activated on our Service and will not resell or modify the Device, or assist anyone doing so. Here are examples of permitted and prohibited uses.

Permitted uses include:

- Voice calls;
- Web browsing;
- Messaging;
- Email;
- Streaming music;
- Streaming video;
- Uploading and downloading applications and content to and from the Internet or third party stores;
- Using applications and content without excessively contributing to network congestion; and
- Tethering your Device to other non-harmful devices pursuant to the terms and conditions and allotments of your Data Plan.

Unless explicitly permitted by your Rate Plan or Data Plan, you are not permitted to use your Device or the Services in a way that we determine:

- Uses a repeater or signal booster other than one we provide to you;
- Compromises network security or capacity, degrades network performance, uses malicious software or "malware", hinders other customers' access to the network, or otherwise adversely impacts network service levels or legitimate data flows;
- Uses applications that automatically consume unreasonable amounts of available network capacity;
- Uses applications which are designed for unattended use, automatic data feeds, automated machine-to-machine connections, or applications that are used in a way that degrades network capacity or functionality;
- Misuses the Service, including "spamming" or sending abusive, unsolicited, or other mass automated communications;
- Accesses the accounts of others without authority;

- Results in more than 50% of your voice and/or data usage being Off-Net (i.e., connected to another provider's network) for any 2 billing cycles within any 12-month period;

- Results in unusually high usage (meeting the definition of a heavy data user for your Rate Plan) and the majority of your data usage being Smartphone Mobile HotSpot (tethering) usage for any 3 billing cycles within any 6-month period;

- Uses a fixed wireless device (provided for use in a fixed location) at a location or address other than the one provided at activation;

- Resells the Service, either alone or as part of any other good or service;

- Tampers with, reprograms, alters, or otherwise modifies your Device to circumvent any of our policies or violate anyone's intellectual property rights;

- Causes harm or adversely affects us, the network, our customers, employees, business, or any other person;

- Conflicts with applicable law;

- Is not in accordance with these T&Cs; or

- Attempts or assists or facilitates anyone else in any of the above activities.

# EMERGENCY AND 911 INFORMATION

## DOES T-MOBILE PARTICIPATE IN THE WIRELESS EMERGENCY PROGRAM?

Yes. T-Mobile participates in the wireless emergency alert program administered by the federal government within portions of its network. This allows federal, state, and local government agencies to send alerts about local emergencies to T-Mobile customers in specifically defined geographic areas. Wireless alert capable handsets with appropriate notification settings are required for the service There is no additional charge for these wireless emergency alerts. For details visit www.t-mobile.com/responsibility/consumer-info/safety/wireless-emergency-alerts. Please also see our Emergency Notice at https://www.t-mobile.com/responsibility/consumer-info/safety/9-1-1 for additional information.

## ARE THERE LIMITS TO 911 ACCESS?

**YES. PLEASE CAREFULLY READ THE INFORMATION BELOW. IT CONTAINS IMPORTANT INFORMATION REGARDING LIMITATIONS OF 911 FUNCTIONALITY. YOU ACKNOWLEDGE THESE LIMITATIONS AND AGREE TO SHARE THESE LIMITATIONS WITH ANYONE WHO MAY USE YOUR SERVICE TO PLACE CALLS OR SEND TEXTS.**

911 services are provided by your state and local government. Our handsets can make calls to 911 in the United States, and 911 access is available to customers regardless of your Rate Plan. The handset must have battery power and network connectivity to complete a 911 call. Although T-Mobile is often capable of communicating your phone number and/or current location to a public safety answering point ("911 Communications Center"), in some cases, 911 Communications Center operators may not know your phone number or have information about your current location. As a result, when making 911 calls, you should provide your

contact information and current location. Other third-party entities are involved in connecting a 911 call and T-Mobile is not solely responsible for determining which 911 Communications Center your 911 call may be routed to. If you are porting a phone number to or from us, we may not be able to provide you with some Services, such as 911 location services while the port is in process. If you are outside the U.S., you may have to dial a different number than 911 to call emergency services.

## DO ANY T-MOBILE VOICE SERVICES UTILIZE VOIP SERVICES?

Yes. Some of our voice services utilize Voice over Internet Protocol ("VoIP") technology or similar technology, like Wi-Fi Calling. Before using our VoIP service, you must provide us with the primary street address at which the VoIP service or Wi-Fi Calling service will be used ("Your E911 Registered Address"). If you call 911 using a T-Mobile VoIP service, or Wi-Fi Calling service, we may transmit Your E911 Registered Address to the 911 Communications Center that answers the call, and it may be used to help emergency responders locate you. **You agree to update Your E911 Registered Address before you use your T-Mobile VoIP service or Wi-Fi Calling service at a different location**. You can update your E911 Registered Address by accessing your MyT-Mobile.com account or by contacting T-Mobile Customer Care.

VoIP telephony and Wi-Fi calling are fundamentally different from traditional telephone service and has inherent limitations. VoIP services, including 911 calling, may be unavailable or limited in some circumstances. If possible, use a cellular connection to place any 911 calls. 911 functionality for T-Mobile VoIP services, or Wi-Fi Calling, may be impaired or unavailable:

- If you use the VoIP Service in a location other than at Your E911 Registered Address;
- If there is a problem with the broadband network utilized, including network congestion; network, equipment or power failure, another technical problem, or during system updates or upgrades;
- If you use a non-native telephone number; and,
- If you have lost electrical power.

Please visit https://www.t-mobile.com/responsibility/consumer-info/safety/9-1-1 for additional information.

**Text-to-911.** Text-to-911 service may be available in some locations where our service is provided. This is dependent on your local 911 Communication Center's ability to receive text messages.

**TTY Calls to 911.** Calls to 911 from a TTY will not work when using Wi-Fi Calling or Voice-over-LTE ("VoLTE"). If you cannot make a voice call to 911, we recommend that you use an internet-based Telecommunications Relay Service such as Video Relay Service, IP Relay Service, or IP Captioned Telephone Service. Our Real-Time Text ("RTT") technology is also available on our network and can be used on select devices to contact 911. For more information, see www.t-mobile.com/responsibility/consumer-info/accessibility-policy.

## DO YOU OFFER PARENTAL CONTROLS?

Yes. We offer services that help you to monitor and filter, or restrict, internet access to minors. See https://www.t-mobile.com/privacy-center/education/family-controls for details.

## WHAT ELSE DO I NEED TO KNOW?

## *IS THE DEVICE SOFTWARE LICENSED?

Your Device's Software is licensed, not sold, to you by us and/or other licensors for your personal, lawful, non-commercial use on your Device only. You may only use the Software as authorized by its license. Your Device's "Software" includes its software, interfaces, documentation, data, and Content & Apps, as each may be updated or replaced by feature enhancements or other updates.

Except as permitted by applicable law, you may not assign, transfer, sublicense, copy, reproduce, redistribute, resell, modify, decompile, attempt to derive the source code of, or reverse engineer all or any part of the Software, or alter, disable, or circumvent any digital rights management security features embedded in the Software. The Software may not be transferable from one Device to another Device. You may not create derivative works of all or any part of the Software. You agree the Software contains proprietary content and information owned by us, our licensors, and/or other third parties. We, our licensors, and such other third parties reserve the right to change, suspend, terminate, remove, impose limits on the use or access to, or disable access to, the Software at any time without notice and will have no liability for doing so. You agree that your violation of the Software license harms us, our licensors, and/or other third parties, that this harm cannot be fully redressed by money damages, and that we, our licensors, and such other third parties shall be entitled to immediate injunctive relief in addition to all other remedies available.

## *WHAT HAPPENS IF MY DEVICE IS LOST OR STOLEN?

Call us immediately if your Device is lost or stolen because you may be responsible for additional usage charges incurred over your Rate Plan Charges, applicable taxes, fees, and surcharges before you notify us. If Charges are incurred before you notify us, you are not liable for Charges you did not authorize, however, the fact that your Device or account was used is some evidence of authorization. You agree to cooperate with us and provide information if we investigate the Charges you believe were unauthorized. If we determine the Charges were unauthorized, we will credit your account. If we determine the Charges were authorized, we will inform you within 30 days, and you will remain responsible for the Charges. If you request that we not suspend your Service, you will remain responsible for all Charges incurred. We may prevent a lost or stolen Device from registering on our and other networks.

To learn about additional anti-theft measures that may apply to you, visit https://www.ctia.org/the-wireless-industry/industry-commitments/smartphonea-anti-theft-voluntary-commitment.

## ARE THERE SEPARATE TERMS FOR PREPAID CUSTOMERS?

The terms of these T&Cs apply to T-Mobile prepaid customers. Your T-Mobile prepaid Service account balance, if sufficient, or your active prepaid plan, gives you access to our prepaid Service for a limited amount of time; you must use your prepaid Service during the designated period of availability. To use our prepaid Service, you must have a T-Mobile prepaid Service account balance for pay-as-you-go service or be on an active prepaid plan. Service automatically activates 90 days after purchasing service unless you activate earlier. Service will be suspended when your account balance reaches zero and/or you are at the end of the time associated with your prepaid plan. Monthly plan features are available for one calendar month; we will notify you if the dates of your monthly service cycle and other dates related to your account change. Your monthly plan will automatically renew at the end of your monthly service cycle if you have a sufficient T-Mobile prepaid Service account balance to cover your prepaid Service plan before the first day after your Service cycle. If you do not have a sufficient T-Mobile prepaid Service account balance, your prepaid Service will be suspended unless you move to a pay-as-you-go plan. If you do not reinstate prepaid Service within the required period based upon your service plan, your phone number will be reallocated. The Charges for Service and the amount of time that Service is available following activation of your prepaid Service account balance may vary; see your Rate Plan for more information. Prepaid Service is non-refundable (even if returned during the Cancellation Period), and no refunds or other compensation will be given for unused airtime balances, lost or stolen prepaid cards, or coupons. You will not have access to detailed usage records or receive monthly bills. Coverage specific to our prepaid Service may be found at https://prepaid.t-mobile.com/prepaid/coverage-map and differs from coverage related to our postpaid Service.

## ANYTHING ELSE?

Yes! Here are some additional terms that apply:

- **ENFORCEMENT OF OUR RIGHTS.** If we don't enforce our rights under this Agreement in one instance, it doesn't mean we won't or can't enforce them in another instance.

- **SEVERANCE.** If any part of this Agreement is held invalid, then that part may be severed from the Agreement.

- **ASSIGNMENT.** You can't assign or transfer the Agreement or any of your rights or duties under it without our written consent. We may assign or transfer all or part of the Agreement, or your debts to us, without notice. You understand that the assignment or transfer of all or any part of this Agreement or your debt will not change or relieve your obligations under this Agreement.

- **THIRD PARTIES**. This Agreement isn't for the benefit of any third party, except our corporate parents, affiliates, subsidiaries, agents, and predecessors and successors in interest.

- **ENTIRE AGREEMENT.** The Agreement is the entire agreement between you and us regarding the rights you have with respect to your Service, except as provided by law, and you cannot rely on any other documents or statements by any sales or service representatives or other agents.

- **ENGLISH VERSION CONTROLS.** The original version of the Agreement is in English. To the extent there are conflicts between the English version and any other language version, the English version will control.

- **DMCA NOTICE.** If you believe that any material residing on our system or network infringes your copyright, notify our Designated Agent by using the Digital Millennium Copyright Act (DMCA) notice procedure described at: www.t-mobile.com/responsibility/legal/copyright (http://es.t-Mobile.com/responsibility/legal/copyright for our Spanish website). Our Designated Agent is Copyright Agent, 12920 S.E. 38th Street, Bellevue, WA 98006; copyrightagent@t-mobile.com; phone: 425-383-4000. There are substantial penalties for sending false notices. It is our policy, in appropriate circumstances and in our sole judgment, to limit, suspend or terminate the Service of any subscriber, account holder, or user who is deemed to be a repeat infringer of copyrights.

# Connect with T-Mobile

   

English    Español

### Contact us

Contact information

Check order status

View return policy

Get a rebate

Find a store

Trade-in program

### Support

Device support

Questions about your bill

Plans & services

Activate your prepaid phone or device

Refill your prepaid account

International rates

### T-Mobile Wireless

Cell phone plans

Cell phones

Phone & device deals

5G & 4G coverage map

How to switch

### T-Mobile for Business

Business plans

Internet of Things

     © 2025 T-Mobile USA, Inc.



About    Investor relations    Press    Careers    Deutsche Telekom    Puerto Rico

Privacy Notice    Trust Center    Privacy Center    Consumer information    Public safety/911    Terms & conditions

Terms of use    Accessibility    Open Internet    Do Not Sell or Share My Personal Information    Licenses & Patents

Case 1:25-cv-00686-BBC    Filed 07/03/25    Page 22 of 23    Document 10-3

T-Mobile, the T logo, Magenta and the magenta color are registered trademarks of Deutsche Telekom AG.