Exhibit 4



## Receipt

| | | |
|---|---|---|
| **Store** | **Customer** | **Date:** 11-09-2024 13:47:19 |
| T-Mobile - 3JSF | MAURICE LENGYON | **Account #:** ******539 |
| 2846 S BUSINESS DR | (214) 830-0720 | **Register #:** 12 |
| SHEBOYGAN, WI, 53081-6518 | | **Trans #:** 513 |
| (920) 208-7700 | | |
| Sales Rep #: ****348 | | |

**Transaction Details**

| SKU | Description | Qty @ Price | Down Payment Due Today |
|---|---|---|---|
| **Installment Purchases** | | | |
| 000000195949820922 | APL IPHONE 16 128G PNK KIT<br>Mobile Number : 4696436270<br>IMEI350753694337189<br>UPGRADE<br>Not Discount Eligible | 1 @ 829.99 | $0.00 T |
| | Sale Amount | | $829.99 |
| | Installment Purchases Down Payment | | $0.00 |
| | **TAX  829.99 @ 5.5%** | | $45.65 |
| | **Installment Purchases Total** | | $875.64 |
| | **Installment Purchases Down Payment Total** | | $45.65 |

| SKU | Description | Qty @ Price | Extension |
|---|---|---|---|
| **Purchases Not on Installment** | | | |
| UPGRDSUPCHG | DEVICE CONNECTION CHARGE<br>Mobile Number : 4696436270<br>Not Discount Eligible | 1 @ 35.00 | $35.00 T |
| 000000194252156940 | 20W  USB-C  POWER  ADAPTER-AME<br>Not Discount Eligible | 1 @ 19.99 | $19.99 T |
| 000000812491035733 | IP 16 T21 EVO CLR<br>Not Discount Eligible | 1 @ 39.99 | $39.99 T |
| | Sale Amount | | $94.98 |
| | TAX  94.97999999999999 @ 5.5% | | $5.22 |
| | **Purchases Not on Installment Total** | | $100.20 |

| | | |
|---|---|---|
| | Purchases Not on Installment | $94.98 |
| | Installment Purchases Down Payment | $0.00 |
| | Total TAX 924.97 @ 5.5% | $50.87 |
| | **Total Due Today** | **$145.85** |
| | Non Jump Trade-in | $−100.00 |
| | MSCD ****0323 054704 C/O | $−45.85 |
| | Reference # - 5886042572 | |
| | AID:  A0000000042203 | |
| | US Debit | |

Visit my.t-mobile.com to view details on your account

**TRADE IN - DEVICE DETAILS - ACCEPTED OFFER**

| RMA # | Serial # | Make | Model | Offer Price |
|---|---|---|---|---|
| TIC24110911276323 | 353039110860062 | Apple | iPhone 12 64GB Red - T-Mobile | $100.00 |

If you activate or use T-Mobile service, or purchase a T-Mobile device, you agree to T-Mobile's Terms and Conditions and any terms specific to your rate plan.

If you have a device or accessory under one of our device programs, refer to your agreement for the specific terms and conditions of that program.

**Disputes.** T-Mobile REQUIRES ARBITRATION OF DISPUTES unless for new customers YOU OPT OUT WITHIN 30 DAYS OF ACTIVATION, or for existing customers YOU PREVIOUSLY OPTED OUT PURSUANT TO T-MOBILE'S TERMS AND CONDITIONS.

For details see T-Mobile's Terms and Conditions at www.T-Mobile.com/terms-conditions.

**Return Policy.** T-Mobile will gladly assist you with your Returns. For in-store purchases, you can return or exchange a Device or accessory ("Device") for a refund within 14 days of the purchase or lease date of the original Device. For all other purchases, you can return or exchange a Device for a refund within 20 calendar days of the date your Device was shipped. Return the Device with your receipt, in its package, with all contents, undamaged and in good working condition, with no material alterations to the Device's hardware or software. Refunds and exchanges will be less any rebates received and shipping costs (if applicable). Certain promotional offers may require you to return all items you received with your Device and could cause you to become ineligible for any promotional discounts. You may also be required to pay a restocking fee based on the Full Retail Price ("FRP") of the Device as follows: $70 for devices with a FRP of $600 or more; $40 for devices with a FRP between $300-$599; and $20 for devices with a FRP of less than $300.

**Prepaid services, e−coupons and gift cards are non−refundable.**

Cardholder Signature:
MSCD-0323

To better support you, here's some information and
a few key reminders to help you along the way.

## About T-Mobile Billing

| DAY 1 | DAY 4 | DAY 18 | DAY 20 | DAY 30 |
|---|---|---|---|---|
| **Start of your monthly billing period.** If you are new to T-Mobile, this is the day you joined or the date your equipment shipped. | **Your monthly bill will be viewable.** | **Your monthly payment will process if you are enrolled in AutoPay.** | **Your monthly bill due date.** | **Your monthly billing period ends.** You will only be billed one time a month. |

**What does my first bill include?**
- You'll see 30 full days of plans and equipment charges, meaning you are billed for about 10 days of service in advance

**View and pay your bill**
- Go to **t-mo.co/payment**



**Save $ with AutoPay** (up to 8 lines)
- Sign up at **t-mo.co/AutoPaySetup**

**Reasons your first few bill amounts may fluctuate:**
- Your equipment order has not yet shipped
- Equipment charges and promotional credits may not apply until the next bill
- If you made plan/service changes in the middle of a billing period, you will likely see prorated charges and credits on your next bill

**Device trade-ins**
- Your trade-in credit could be applied at time of purchase, as a one-time credit on your bill or as monthly bill credits. Some promotion values could be split between a one-time trade-in credit and monthly recurring credits.
- Sending us your trade-in device? The fastest way to return it is at a T-Mobile store, or send it back within 30 days after receiving your new equipment.

    **Trade-in credits will not appear on the bill until device is received by T-Mobile. Trade-in credits will be displayed as "Device Trade-in Credit" on the bill.**

# 24/7 self-service at your fingertips!

Easily manage your account, pay your bill, upgrade your phone, and more in the T-Mobile app.



## Download the T-Mobile App

t-mo.co/TmoAppDownload or visit t-mobile.com


**Set up your device**
t-mo.co/device-set-up


**Ordered equipment?**
Check order status
t-mo.co/order-status


**Check promos & rebates**
t-mo.co/tmo-promos


**Refer your friends**
t-mo.co/tmo-referrals



### Benefits at no extra cost
Take advantage of all your benefits at t-mo.co/tmo-benefits
See more about your T-Mobile plan at t-mo.co/phone-plans

---



Meet T Life, the new home of T-Mobile Tuesdays, and the new go-to app for your connected world. T Life gives you access to some of our most popular T-Mobile features—and we're just getting started.



Get the latest T-Mobile apps.

---



### America's largest, fastest, and most reliable 5G network

Real coverage. Real speed. Real 5G. t-mo.co/coverage

T-Mobile, the T logo, Magenta and the magenta color are registered trademarks of Deutsche Telekom AG. © 2022 T-Mobile USA, Inc.