

Exhibit 5

## Trade In Terms

| Date: | 11/09/2024 |
| Account: | 112343539 |

| **Store** | **Customer** |
|---|---|
| T-Mobile-3JSF | MAURICE LENGYON |
| 2846 S BUSINESS DR | 213 STABLE DR |
| SHEBOYGAN, WI 53081-6518 | WAXAHACHIE, TX 75165 |
| (920) 208-7700 | (214) 830-0720 |
| farlane bedford | |

### TRADE IN PROGRAM - DEVICE DETAILS - ACCEPTED OFFER

| T-Mobile # | Make - Model | RMA # | Serial # | Device Offer Value |
|---|---|---|---|---|
| (469) 643-6270 | Apple iPhone 12 64GB Red - T-Mobile | TIC24110911276323 | 353039110860062 | $100.00 |

By clicking accept or sending in your Device you acknowledge you have read and agree to the T-Mobile Trade-In Terms and Conditions **("Trade-In T&Cs")** located at http://www.t-mobile.com/Trade-InTerms. You further agree you are entering into this agreement to sell one or more of your Devices via T-Mobile's Trade-In Program and:

1. You are the sole owner, or will pay off any outstanding balance to become the sole owner, and the Device is not stolen property.

2. You accept the conditions and requirements of the Promotional Offer and/or Offer Price, as applicable, and are giving up full ownership rights and any other value to your Device. This transaction is final and non-refundable. Your Device will not be returned (except as provided in the Trade-In T&Cs or as required by law).

3. You will remove all Device data and personal information, passwords, security software, or user locks.

4. You will deactivate the Device and pay any outstanding balances. You are responsible for any charges on the Device after the transaction date.

5. If you defer this transaction, or accept the Offer Price and/or Promotional Offer online or over the phone, we must receive your Device by the trade-in expiration dates. We have the right to evaluate your Device to validate the information you provided and adjust either the Offer Price and/or your eligibility for the Promotional Offer based upon that evaluation.

6. If you fail to return your Device by the trade-in expiration date, you may be required to pay back any value or credit advanced to you.

| Signature: | Briuna Harper | Date: | 11/09/2024 13:46:30 PM PT |