UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BRIUNA HARPER,

    Plaintiff,

v.

TCC WIRELESS LLC and XYZ INSURANCE COMPANY,

    Defendants.

Case No: 1:25-cv-00686-BBC

## NOTICE OF FILING OF EXHIBIT IN SUPPORT OF DEFENDANT TCC WIRELESS LLC'S MOTION TO COMPEL ARBITRATION

Defendant TCC Wireless LLC respectfully submits the attached Declaration of Eric Tarasievich cited to, referenced in, and submitted in support of its pending motion to compel arbitration. (D.E. 10.)

Dated: July 8, 2025

Respectfully submitted,

TCC WIRELESS LLC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant TCC Wireless LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: July 8, 2025

*/s/ Benjamin S. Morrell*