# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

    Plaintiff,

v.                                                        Case No. 25-cv-686

TCC WIRELESS LLC, and
XYZ INSURANCE COMPANY,

    Defendants.

## DECLARFATION OF ERIC TARASIEVICH
## IN SUPPORT OF TCC WIRELESS LLC'S MOTION TO COMPEL ARBITRATION

I, Eric Tarasievich, pursuant to 28 U.S.C. §1746, state and testify under oath as follows:

1.    I am over eighteen years of age and the matters stated herein are of my own personal knowledge and based on the books and records, including the documents referenced herein, which were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters, which were kept in the course of the regularly conducted activity, and which were made by the regularly conducted activity as a regular practice.

2.    I am currently employed as Chief Financial Officer at TCC Wireless LLC and am authorized to make this declaration on behalf of TCC Wireless LLC regarding the matters stated herein. TCC Wireless is a Delaware limited liability company with its principal place of business in Bloomingdale, Illinois.

1

3.      TCC Wireless is an authorized distributor of T-Mobile products and services, and operates retail stores selling cellular phones, accessories, and cellular phone plans, among other things, for T-Mobile.

4.      Attached as Exhibit 2 is a true and authentic copy of the Receipt dated October 27, 2023, signed by Plaintiff Briuna Harper.

5.      Attached as Exhibit 4 is a true and authentic copy of the Receipt dated October 9, 2024, signed by Plaintiff Briuna Harper.

6.      Attached as Exhibit 5 is a true and authentic copy of the Trade In Terms dated November 9, 2024, which was signed by Plaintiff Briuna Harper.

7.      Attached as Exhibit 7 is a true and authentic copy of the Equipment Installment Plan (EIP) Contract and Disclosures dated November 9, 2024, between T-Mobile Financial LLC and its affiliates, such as TCC Wireless LLC, and Plaintiff Briuna Harper.

8.      TCC Wireless LLC did not receive from Plaintiff Briuna Harper that she wished to opt out or otherwise reject the agreement(s) to arbitrate with T-Mobile Financial LLC or any of its affiliates, such as TCC Wireless LLC.

9.  I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of July, 2025.

_____
Eric Tarasievich

2