UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

BRIUNA HARPER,

    Plaintiff,

v.

TCC WIRELESS LLC

    and

XYZ Insurance Company,

    Defendants.

CASE NO.: 25-cv-686

---

### AFFIDAVIT OF ANDREW J. HYSELL

---

STATE OF WISCONSIN   )
                                 )ss.
COUNTY OF DANE       )

ANDREW J. HYSELL, being first duly sworn, on oath deposes and states:

1. I am an attorney representing Plaintiff in the above-captioned action.

2. Attached as Exhibit 1 and incorporated herein by reference, is a true and correct copy of the State of Wisconsin Department of Financial Institutions Corporate Records Search for T-Mobile, U.S.A., Inc.

                                                             Andrew J. Hysell

Subscribed and sworn to before me
this 25th day of July, 2025.

_____
Notary Public, State of Wisconsin
My commission expires: 9/13/2027