Exhibit 1

Wisconsin.Gov



State of Wisconsin

# Department of Financial Institutions

Search for: | | Search
tmobile usa | **Search Records** | Advanced Search
| | Name Availability

**Corporate Records**      Result of lookup for **V017602** (at 7/25/2025 11:46 AM )

# T-MOBILE USA, INC.

**You can:** File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

## Vital Statistics

| | |
|---|---|
| **Entity ID** | V017602 |
| **Registered Effective Date** | 02/08/2000 |
| **Period of Existence** | PER |
| **Status** | Incorporated/Qualified/Registered   Request a Certificate of Status |
| **Status Date** | 02/08/2000 |
| **Entity Type** | Foreign Business Corporation |
| **Annual Report Requirements** | Foreign Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |
| **Foreign Organization Date** | 06/18/1999 |
| **Paid Capital Represented** | $2,477,000 |
| **Foreign State** | DE |

## Addresses

| | |
|---|---|
| **Registered Agent Office** | CORPORATION SERVICE COMPANY<br>33 EAST MAIN STREET<br>SUITE 610<br>MADISON , WI 53703<br><br>File a Registered Agent/Office Update Form |
| **Principal Office** | 12920 SE 38TH STREET<br>BELLEVUE , WA 98006<br>UNITED STATES OF AMERICA |

## Historical Information

| | | | | | |
|---|---|---|---|---|---|
| **Annual Reports** | | | | | |

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2025 | 000 | 0000 | online | database |
| 2024 | 000 | 0000 | online | database |
| 2023 | 111 | 1111 | paper | image |
| 2022 | 000 | 0000 | online | database |
| 2021 | 111 | 1111 | paper | image |
| 2020 | 000 | 0000 | online | database |
| 2019 | 000 | 0000 | online | database |
| 2018 | 000 | 0000 | online | database |
| 2017 | 000 | 0000 | online | database |
| 2016 | 000 | 0000 | online | database |
| 2015 | 000 | 0000 | online | database |
| 2014 | 000 | 0000 | online | database |
| 2013 | 000 | 0000 | online | database |
| 2012 | 000 | 0000 | online | database |
| 2011 | 000 | 0000 | online | database |
| 2010 | 000 | 0000 | online | database |
| 2009 | 000 | 0000 | online | database |
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 000 | 0000 | online | database |
| 2004 | 111 | 1111 | paper | image |
| 2003 | 111 | 1111 | paper | image |
| 2002 | 062 | 0338 | paper | microfilm |
| 2001 | 064 | 0622 | paper | microfilm |

File an Annual Report - Order a Document Copy

**Certificates of Newly-elected Officers/Directors**

None

**Old Names**

| Change Date | Name |
|---|---|
| Current | T-MOBILE USA, INC. |
| 12/15/2003 | VOICESTREAM WIRELESS CORPORATION |
| 06/05/2000 | VOICESTREAM WIRELESS HOLDING CORPORATION |

**Chronology**

| Effective Date | Transaction | Processed Date | Description |
|---|---|---|---|
| 02/08/2000 | Incorporated/Qualified/Registered | 02/09/2000 | |
| 06/05/2000 | Amendment | 06/06/2000 | Old Name = VOICESTREAM WIRELESS HOLDING CORPORATION |
| 06/05/2000 | Statement of Correction | 10/11/2000 | |
| 08/20/2001 | Intent to Revoke/Terminate | 08/20/2001 | 20014010319 |

| | | | |
|---|---|---|---|
| 10/25/2001 | Revocation/Termination of Certificate/Registration | 10/25/2001 | 20014012010 |
| 12/28/2001 | Certificate of Reinstatement | 01/03/2002 | |
| 12/15/2003 | Amendment | 12/18/2003 | Old Name = VOICESTREAM WIRELESS CORPORATION |
| 05/01/2008 | Change of Registered Agent | 05/01/2008 | Bulk Filing |
| 08/18/2008 | Intent to Revoke/Terminate | 08/18/2008 | Notice Imaged |
| 08/17/2009 | Intent to Revoke/Terminate | 08/17/2009 | Notice Image |
| 05/01/2014 | Change of Registered Agent | 05/01/2014 | BULK FILING |
| 02/23/2016 | Change of Registered Agent | 02/23/2016 | Form 18 |
| 08/14/2021 | Intent to Revoke/Terminate | 08/14/2021 | |
| 10/14/2021 | Revocation/Termination of Certificate/Registration | 10/14/2021 | |
| 11/19/2021 | Certificate of Reinstatement | 12/10/2021 | |
| 01/04/2023 | Change of Registered Agent | 01/04/2023 | BULK FILING |
| 04/28/2023 | Change of Registered Agent | 04/28/2023 | FM 18-2023 |
| 02/23/2024 | Change of Registered Agent | 02/23/2024 | Form 18 |

Order a Document Copy