# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

    Plaintiff,

v.

    Case No. 25-cv-686

TCC WIRELESS LLC, and
XYZ INSURANCE COMPANY,

    Defendants.

**SECOND DECLARATION OF ERIC TARASIEVICH
IN SUPPORT OF TCC WIRELESS LLC'S MOTION TO COMPEL ARBITRATION**

I, Eric Tarasievich, pursuant to 28 U.S.C. §1746, state and testify under oath as follows:

1. I am over eighteen years of age and the matters stated herein are of my own personal knowledge and based on the books and records, including the documents referenced herein, which were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of and a business duty to record or transmit those matters, which were kept in the course of the regularly conducted activity, and which were made by the regularly conducted activity as a regular practice.

2. I am currently employed as Chief Financial Officer at TCC Wireless LLC and am authorized to make this declaration on behalf of TCC Wireless LLC regarding the matters stated herein.

3. Attached as Exhibit 8 to the Reply Memorandum in Support of TCC Wireless LLC's Motion to Compel Arbitration is a true and authentic but excerpted and redacted copy of the Retailer Services Agreement ("RSA") between T-Mobile USA, Inc. d/b/a T-Mobile and TCC

1

Communications, Inc., which was subject to a subsequent Consent to Change Control, wherein TCC Wireless LLC was substituted for TCC Communications, Inc. for all purposes in the RSA.

4. As a distributor/retailer for T-Mobile, TCC Wireless LLC relies on the various agreements entered into by T-Mobile and its Subscribers, as defined in the RSA, including agreements to arbitrate.

5. Relatedly, TCC Wireless LLC specifically relied on the agreements to arbitrate entered into by T-Mobile and Briuna Harper, including as set forth in T-Mobile's Terms and Conditions referenced as Exhibit 1 in the Memorandum in Support of TCC Wireless LLC's Motion to Compel Arbitration and in the Equipment Installment Plan (EIP) Contract and Disclosures referenced as Exhibit 7 to that Memorandum, and which is identified in paragraph 7 of my Declaration dated July 3, 2025.

6. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 8th day of August, 2025.

_____
Eric Tarasievich