UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

    Plaintiff,

v.

CASE NO.: 25-cv-686

TCC WIRELESS LLC

    and

XYZ Insurance Company,

    Defendants.

## PLAINTIFF'S MOTION TO STRIKE SECOND DECLARATION OF ERIC TARASIEVICH

Plaintiff, Briuna Harper, by her counsel, respectfully moves this Court to strike the Second Declaration of Eric Tarasievich in Support of TCC Wireless LLC's Motion to Compel Arbitration and its accompanying exhibit [Dkt 14-1 and Dkt. 14-2], and in support states as follows:

1. On July 3, 2025, Defendant TCC Wireless LLC filed its Motion to Compel Arbitration, accompanied by certain evidentiary materials.

2. On August 8, 2025, without leave of Court and after Plaintiff had filed her opposition to the Motion, TCC Wireless LLC submitted a "Second Declaration of Eric Tarasievich," attaching a new exhibit.

3. The Second Declaration contains information and an exhibit that were not included in the original Motion and supporting papers. Plaintiff had no prior notice of this Declaration and no opportunity to address its contents in her opposition brief.

4. The Second Declaration also contains redactions to the arbitration agreement language which could be relevant to the issues at hand, thereby impeding the Court's and Plaintiff's ability to evaluate the terms and enforceability of the purported agreement.

5. According to this Court, "[w]here new evidence is presented in either a party's reply brief or affidavit in further support of its . . . motion, the district court should permit the nonmoving party to respond to the new matters prior to disposition of the motion . . . or else strike that new evidence." *PalatiumCare, Inc. v. Notify LLC*, No. 22-CV-217-JPS, 2023 U.S. Dist. LEXIS 64802, at *10-11 (E.D. Wis. Apr. 13, 2023) *quoting Baugh v. City of Milwaukee*, 823 F. Supp. 1452, 1457 (E.D. Wis. 1993).

6. The Court also possesses inherent authority to strike improper or prejudicial materials from the record to ensure fairness in the proceedings. In this instance, Defendant seeks to simultaneously admit evidence to support its argument while restricting Plaintiff's ability to know and respond to the evidence.

WHEREFORE, Plaintiff respectfully requests that the Court strike the Second Declaration of Eric Tarasievich and its exhibit from the record and grant such other and further relief as the Court deems just and proper.

Dated this 12th day of August, 2025

LAWTONCATES S.C.

By: _____
Andrew J. Hysell, State Bar No.: 1053807
Attorneys for Plaintiff

P.O. Box 2965
1050 E. Washington Ave. Ste. 330
Madison, WI 53703
P: (608) 282-6200
F: (608) 975-2662
ahysell@lawtoncates.com