# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

| | |
|---|---|
| BRIUNA HARPER,<br><br>    Plaintiff,<br><br>v.<br><br>TCC WIRELESS LLC and XYZ INSURANCE COMPANY,<br><br>    Defendant. | Case No: 1:25-cv-00686-BBC |

## AMENDED DISCLOSURE STATEMENT

Defendant TCC Wireless LLC makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1, Local Rule 7.1, and the Court's September 26, 2025 order:

**Civil L. R. 7.1. Disclosure Statement.**

"**(a) Required information. To enable the Court to determine whether recusal is necessary or appropriate, an attorney for a nongovernmental party, an intervenor, or an amicus curiae must file a Disclosure Statement that:**"

"**(1) states the full name of every party, intervenor, or amicus the attorney represents in the action;**"

The undersigned counsel, Benjamin S. Morrell, represents Defendant TCC Wireless LLC in this action.

"**(2) if such party, intervenor, or amicus is a corporation:**"

Defendant TCC Wireless LLC is not a corporation. It is a limited liability company organized under the laws of Delaware. TCC Wireless nevertheless provides the information requested by Local Rule 7.1(a)(2) pursuant to the Court's September 26, 2025 order.

"**(A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states there is no such corporation;**"

TCC Wireless Holdings LLC wholly owns Defendant TCC Wireless LLC. No publicly held corporation directly or indirectly owns 10% or more of TCC Wireless LLC's stock.

**"and (3) states the names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court."**

Taft Stettinius & Hollister LLP.

The undersigned counsel is available to provide any additional information requested by the Court related to this disclosure statement.

Dated: October 2, 2025

Respectfully submitted,

TCC WIRELESS LLC

*/s/ Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: October 2, 2025

*/s/ Benjamin S. Morrell*