# Exhibit A

ilsos.gov (https://www.ilsos.gov/) **Official Website of the Illinois Secretary of State**

Here's how you know



ILLINOIS SECRETARY of STATE (https://www.ilsos.gov/) (https://www.ilsos.gov/)
ALEXI GIANNOULIAS

Search Ilsos.gov... (https://www.ilsos.gov/search/searchgoogle.html)

Driver's Licenses & ID Cards | Vehicles, Plates & Titles | Business Services | More Services

# Business Entity Search

## Entity Information

**Entity Name**
TCC WIRELESS, LLC

**Principal Address**
175 S BLOOMINGDALE ROAD
BLOOMINGDALE,IL 60108

**File Number**
05082412

**Status**
ACTIVE on 05-01-2025

**Entity Type**
LLC

**Type of LLC**
Foreign

Case 1:25-cv-00686-BBC     Filed 12/02/25     Page 2 of 4     Document 23-1

**Org. Date/Admission Date**

02-05-2015

**Jurisdiction**

DE

**Duration**

PERPETUAL

**Annual Report Filing Date**

05-01-2025

**Annual Report Year**

2025

**Agent Information**

NATIONAL REGISTERED AGENTS, INC.
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**Agent Change Date**

02-05-2015

## Services and More Information

Choose a tab below to view services available to this business and more information about this business.

Available Services | Managers | Old LLC Name | Assumed Name

Series Name | File History

| Managers ↑ | Address | ↓ |

| Managers | Address |
| --- | --- |
| TCC WIRELESS HOLDINGS LLC | 2804 ORCHARD LAKE RD STE 205 KEEGO HARBOR, MI 483200000 |

Showing 1 to 1 of 1 entries

Previous | 1 | Next