UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

BRIUNA HARPER,

        Plaintiff,

v.

TCC WIRELESS LLC

    and

XYZ Insurance Company,

        Defendants.

CASE NO.: 25-cv-686

## AFFIDAVIT OF ANDREW J. HYSELL

STATE OF WISCONSIN   )
                                   )ss.
COUNTY OF DANE        )

ANDREW J. HYSELL, being first duly sworn, on oath deposes and states:

1. I am an attorney representing Plaintiff in the above-captioned action.

2. Attached as Exhibit A and incorporated herein by reference, is a true and correct copy of a google search of direct flights from Chicago O'Hare International Airport to Green Bay International Airport.

3. Attached as Exhibit B and incorporated herein by reference, is a true and correct copy of google maps of driving time between Sheboygan to Green Bay and Sheboygan to Milwaukee.

_____
Andrew J. Hysell

Subscribed and sworn to before me
this __17__ day of __December__, 2025.

_____
Notary Public, State of Wisconsin
My commission expires: __9/13/2027__

[Notary Seal: HANNAH R. TINDER, NOTARY PUBLIC, STATE OF WISCONSIN]