Exhibit A

| Round trip ⇅ | 1 👤 | Economy (include Basic) |
|---|---|---|

| ○ Chicago ORD | ⇄ | ○ Green Bay | 📅 Thu, Jan 8  <  > | Sun, Jan 11  <  > |

All filters | Stops ▼ | Airlines ▼ | Bags ▼ | Price ▼ | Times ▼ | Emissions ▼ | Connecting airports ▼ | Duration ▼

**Best** | Cheapest from **$179**

## Top departing flights

Ranked based on price and convenience ⓘ   Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply.
Passenger assistance info.

Sorted by top flights ⇅

| | 9:40 AM – 10:50 AM | 1 hr 10 min | Nonstop | 75 kg CO2e | 1 🧳 0 🧳 | $179 |
| | American · Operated by Envoy Air as American Ea… ORD–GRB | | | -20% emissions ⓘ | | round trip |
| | Avoids as much CO2e as **1,157 trees absorb in a day** ⓘ | | | | | |

| | 12:50 PM – 2:02 PM | 1 hr 12 min | Nonstop | 99 kg CO2e | 0 🧳 0 🧳 | $179 |
| | United · Operated by Gojet Airlines DBA United Ex… ORD–GRB | | | Avg emissions ⓘ | | round trip |

| | 3:15 PM – 4:23 PM | 1 hr 8 min | Nonstop | 75 kg CO2e | 1 🧳 0 🧳 | $179 |
| | American · Operated by Envoy Air as American Ea… ORD–GRB | | | -20% emissions ⓘ | | round trip |

Prices are currently **typical**

View price history ⌄

Case 1:25-cv-00686-BBC    Filed 12/17/25    Page 1 of 1    Document 26-1