

**Sheboygan, Wisconsin to Milwaukee Federal Building & U.S. Courthouse, 517 E Wisconsin Ave, Milwaukee, WI 53202**

Drive 58.6 miles, 1 hr 6 min



Map data ©2025 Google   5 mi

| | via I-43 S | 1 hr 6 min |
|---|---|---|
| | Fastest route, despite the usual traffic | 58.6 miles |

| | via WI-57 S and I-43 S | 1 hr 15 min |
|---|---|---|
| | | 60.3 miles |

| | 7:10 AM (Tuesday)—8:38 AM | 1 hr 28 min |
|---|---|---|
| | IT 59  >  🚶  >  14 / 30 | |

**Explore nearby Milwaukee Federal Building & U.S. Courthouse**



Sheboygan, Wisconsin to U.S. District Court - Eastern District of Wisconsin, 125 S Jefferson St #102, Green Bay, WI 54301

Drive 64.3 miles, 1 hr 2 min



Map data ©2025 Google    5 mi

| | via I-43 N | 1 hr 2 min |
|---|---|---|
| | Fastest route, the usual traffic | 64.3 miles |

8:45 PM—5:20 AM (Tuesday)    8 hr 35 min
IT 58  >  6

8:45 PM—5:21 AM (Tuesday)    8 hr 36 min
IT 58  >  9 / 8

**Explore nearby U.S. District Court - Eastern District of Wisconsin**