## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

BRIUNA HARPER,

      Plaintiff,

v.

TCC WIRELESS LLC and XYZ
INSURANCE COMPANY,

      Defendants.

Case No: 1:25-cv-00686-BBC

## JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

Plaintiff Briuna Harper and Defendant TCC Wireless, LLC have agreed to voluntarily participate in mediation. The mediation has yet to be scheduled, but the parties anticipate based on the relevant calendars, including those of possible mediators, that the mediation will occur in late January or February 2026. Plaintiff and TCC Wireless jointly request that the Court stay all pending case deadlines to allow the parties to focus their time and efforts on mediation and potential settlement. Issues subject to a stay would include:

- TCC Wireless's deadline to amend its answer and potentially file a third-party complaint (currently December 23, 2025);

- The parties having to conduct a Rule 26(f) conference and filing a joint report with the Court; and

- TCC Wireless's deadline to file a reply brief in support of its pending motion for change of venue to this Court's other division (currently December 31, 2025), and any decision on the motion.[1] (D.E. 23).

The parties jointly submit a proposed order that would grant this motion, issue a stay, and

---

[1] The parties agree that this joint motion does not prejudice or constitute any waiver by TCC Wireless regarding its pending motion for change of venue.

direct the parties to file a joint notice in late February advising the Court of the status and outcome of mediation. For the reasons discussed above, the joint motion should be granted.

Date: December 19, 2025

Respectfully submitted,

BRIUNA HARPER

/s/ *Andrew J. Hysell*
Andrew J. Hysell, State Bar No.: 1053807
Dixon R. Gahnz, State Bar No.: 1024367
Attorneys for Plaintiff
P.O. Box 2965
1050 E. Washington Ave. Ste. 330
Madison, WI 53703
P: (608) 282-6200
F: (608) 975-2662
ahysell@lawtoncates.com
dgahnz@lawtoncates.com

*Counsel for Plaintiff*

TCC WIRELESS LLC

/s/ *Benjamin S. Morrell*
Benjamin S. Morrell (IL ARDC No. 6341896)
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
Tel.: (312) 527-4000
Fax: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendant TCC Wireless, LLC*

## LOCAL RULE 7(a)(2) CERTIFICATE

Pursuant to Local Rule 7(a)(2), I hereby certify that no separate memorandum or other supporting papers will be filed in support of this motion, except for a reply brief pursuant to Local Rule 7(c) in the event Plaintiff files a response in opposition.

Dated: December 19, 2025

*/s/ Benjamin S. Morrell*

# CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing documents with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Dated: December 19, 2025

*/s/ Benjamin S. Morrell*