UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BRIUNA HARPER,

    Plaintiff,

v.

TCC WIRELESS LLC and XYZ INSURANCE COMPANY,

    Defendants.

Case No: 1:25-cv-00686-BBC

## ORDER GRANTING JOINT MOTION TO STAY CASE DEADLINES PENDING MEDIATION

Before the Court is Plaintiff and Defendant TCC Wireless, LLC's Joint Motion to Stay Case Deadlines Pending Mediation. Based on the arguments raised in the Motion, and this Court otherwise being fully advised in the premises, the motion is GRANTED. All case deadlines are stayed until further order of this Court.

The parties are DIRECTED to file a joint notice on or before February 27, 2026, advising the Court of the status and outcome of mediation. Any actions required to be taken by the Parties under the Federal Rules of Civil Procedure or the Local Rules of the Eastern District of Wisconsin must be taken within the time frames provided in those rules, calculated from the date of the filing of the joint notice.

It is so ordered.

 

_____
UNITED STATES DISTRICT JUDGE