

**Attorneys at Law**

Madison Office
1050 E. Washington Avenue, Suite 330
P.O. Box 2965
Madison, WI 53703
P: 608.282.6200  F: 608.975.2662

Jefferson Office
146 E. Milwaukee Street, Suite 120
P.O. Box 399
Jefferson, WI 53549-1636
P: 920.674.4567  F: 920.674.4726

*Please reply to the Madison office*  ahysell@lawtoncates.com

February 27, 2026

VIA ELECTRONIC FILING

Honorable Bryon B. Conway
125 S. Jefferson Street
Green Bay, WI 54301

    RE:    *Briuna Harper v. TCC Wireless LLC, et al.*
             Eastern District of Wisconsin Case No. 25-cv-00686

Dear Judge Conway,

    The parties have been unable to reach a settlement in the case. Plaintiff respectfully requests that the Court lift the stay as it relates to all pending deadlines.

                                                                          Sincerely,

                                                                        LAWTONCATES, S.C.

                                         *Electronically signed by Andrew J. Hysell*
                                         Andrew J. Hysell

AJH:hrt

cc: Attorney Benjamin S. Morrell (via electronic filing)